UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIM. NO. 05-904 (DRD) |
| JOSEPH WILLIAMS, | ORDER APPOINTING FEDERAL |
| Defendant. | PUBLIC DEFENDER |

AND NOW, this 3rd day of April, 2008, upon application of Defendant Joseph Williams for appointment of counsel in this proceeding brought to reduce his sentence pursuant to 18 U.S.C. § 3582, it is hereby ORDERED that Linda D. Foster of the Office of the Federal Public Defender is appointed to represent Mr. Williams in this matter.

_____
Dickinson R. Debevoise
United States District Court Judge