AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSEPH WILLIAMS | ) Case No: 05-cr-904-01 |
| | ) USM No: |
| Date of Previous Judgment: April 10, 2006 | ) Linda D. Foster, AFPD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant    the Director of the Bureau of Prisons    the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___78___ months **is reduced to** ___60 months___ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___25___         Amended Offense Level: ___23___
Criminal History Category: ___II___      Criminal History Category: ___II___
Previous Guideline Range: _63_ to _78_ months    Amended Guideline Range: _60_ to _63_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
   Other (explain):

**III. ADDITIONAL COMMENTS**
The Court when imposing the original sentence considered all of the factors set forth in 18 U.S.C. § 3553(a) and set forth at the time of sentencing why a sentence at the top of the Guidelines range was called for. These circumstances have not changed except that Defendant has shown unusually positive institutional adjustments with respect to his work assignments, education course, counseling, particularly with respect to a drug abuse program. All this warrants a sentence of 60 months, the mandatory minimum.

Except as provided above, all provisions of the judgment dated ___4/10/06___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___May 5, 2008___                    _____
                                                  Judge's signature

Effective Date: _____                   Dickinson R. Debevoise, U.S.S.D.J
      (if different from order date)                  Printed name and title